District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YU MIAO,<br><br>              Plaintiff,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>              Defendants. | No. 2:24-cv-00078-RSM<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER<br><br>Noted for Consideration:<br>March 7, 2024 |

Pro Se Plaintiff brought this litigation seeking an order from this Court compelling the U.S. Citizenship and Immigration Services ("USCIS") to schedule his interview in connection with his Form I-589, Application for Asylum and for Withholding of Removal. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until September 11, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00078-RSM] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has scheduled Plaintiff's asylum interview for May 14, 2024. Plaintiff agrees to submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date. Plaintiff recognizes that failure to submit documents prior to the interview may require the interview to be rescheduled and the adjudication delayed. If needed, Plaintiff will bring an interpreter to the interview, otherwise the interview will need to be rescheduled and the adjudication delayed. USCIS agrees to work diligently towards completing the adjudication within 120 days after the interview, absent unforeseen or exceptional circumstances that would require additional time for adjudication. If Plaintiff's asylum application is not adjudicated within that time, USCIS will submit a status report to this Court. Once the application is adjudicated, Plaintiff will dismiss the case with each party to bear their own litigation costs and attorneys' fees. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiff's asylum interview and then process his asylum application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until September 11, 2024. The parties will submit a joint status report on or before September 11, 2024.

//
//
//
//
//
//
//
//

STIPULATED MOTION FOR ABEYANCE  
[Case No. 2:24-cv-00078-RSM] - 2

UNITED STATES ATTORNEY  
1201 Pacific Ave., Ste. 700  
Tacoma, WA 98402  
(253) 428-3800

DATED this 7th day of March, 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: (253) 428-3824
Fax:    (253) 428-3826
Email:  michelle.lambert@usdoj.gov

*Attorneys for Defendants*

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00078-RSM] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**ORDER**

The case is held in abeyance until September 11, 2024.  The parties shall submit a joint status report on or before September 11, 2024.  It is so **ORDERED**.

DATED this 11th day of March, 2024.

                                        RICARDO S. MARTINEZ
                                        UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00078-RSM] - 4

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee in the Office of the United States Attorney for the Western District of Washington and of such age and discretion as to be competent to serve papers.

I further certify that on today's date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following CM/ECF participant(s):

- 0 -

I further certify that on today's date, I arranged for service of the foregoing on the following non-CM/ECF participant, via Certified Mail with return receipt, postage prepaid, addressed as follows:

> Yu Miao, *Pro Se Plaintiff*
> 1700 Jones Avenue NE
> Renton, Washington 98056
> Phone: 206-778-8666
> Email: miaoyu987@gmail.com

DATED this 7th day of March, 2024.

> *s/ Stephanie Huerta-Ramirez*
> STEPHANIE HUERTA-RAMIREZ, Legal Assistant
> United States Attorney's Office
> 700 Stewart Street, Suite 5220
> Seattle, WA  98101
> Phone:   (206) 553-7970
> Fax:       (206) 553-4073
> Email:    Stephanie.Huerta-Ramirez@usdoj.gov

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00078-RSM] - 5

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800