District Judge Ricardo S. Martinez

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9  YU MIAO,

Case No. 2:24-cv-00078-RSM

10                              Plaintiff,

STIPULATED MOTION TO DISMISS
AND ORDER

11          v.

12  ALEJANDRO MAYORKAS, *et al.*,

Noted for Consideration:
August 14, 2024

13                              Defendants.

14

15          Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal

16  of this case without prejudice, with each party to bear their own costs.  Plaintiff brought this

17  litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, inter alia,

18  to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate his Form I-589,

19  Application for Asylum and for Withholding of Removal.  USCIS has adjudicated the

20  application and this case is now moot.

21  //

22  //

23  //

24  //

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-00078-RSM] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1   DATED this ___ day of August, 2024.

2                               Respectfully submitted,

3                               TESSA M. GORMAN
                                United States Attorney

4
                                _s/ Michelle R. Lambert_____
5                               MICHELLE R. LAMBERT, NYS #4666657
                                Assistant United States Attorney
6                               United States Attorney's Office
                                1201 Pacific Avenue, Suite 700
7                               Tacoma, Washington 98402
                                Phone: (253) 428-3824
8                               Fax:    (253) 428-3826
                                Email:  michelle.lambert@usdoj.gov
9
                                *Attorneys for Defendants*
10
                                ***I certify that this memorandum contains 75***
11                              ***words, in compliance with the Local Civil Rules.***

12

13   _____
                                Yu Miao
14                              1700 Jones Avenue NE
                                Renton, Washington 98056
15                              Phone: (206) 778-8666
                                Email:  miaoyu987@gmail.com
                                Pro Se Plaintiff
16

17

18

19

20

21

22

23

24

STIPULATED MOTION TO DISMISS                           UNITED STATES ATTORNEY
[Case No. 2:24-cv-00078-RSM] - 2                       1201 PACIFIC AVE., STE. 700
                                                       TACOMA, WA 98402
                                                       (253) 428-3800

1

## ORDER

2      The case is dismissed without prejudice.  It is so **ORDERED**.

3

4      DATED this 15th day of August, 2024.

5

6

7      RICARDO S. MARTINEZ
       UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-00078-RSM] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1

<u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that I am an employee in the Office of the United States Attorney for the

3

Western District of Washington and of such age and discretion as to be competent to serve

papers.

4

I further certify that on today's date, I electronically filed the foregoing with the Clerk of

5

the Court using the CM/ECF system, which will send notice of such filing to the following

6

CM/ECF participant(s):

- 0 -

7

I further certify that on today's date, I arranged for service of the foregoing on the

8

following non-CM/ECF participant, via Certified Mail with return receipt, postage prepaid,

9

addressed as follows:

10

Yu Miao¸ *Pro Se Plaintiff*
1700 Jones Avenue NE
Renton, Washington 98056

11

12

DATED this 14th day of August, 2024.

13

*s/ Stephanie Huerta-Ramirez*
STEPHANIE HUERTA-RAMIREZ, Legal Assistant
United States Attorney's Office

14

700 Stewart Street, Suite 5220
Seattle, WA  98101

15

Phone: (206) 553-7970
Fax:    (206) 553-4073

16

Email:  Stephanie.Huerta-Ramirez@usdoj.gov

17

18

19

20

21

22

23

24

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-00078-RSM] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800